**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**Medford Division**

MARY A. HART,

                Plaintiff,

         vs.

PACIFIC TRUST BANK,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
BANK OF AMERICA, N.A.,
RECONTRUST COMPANY, N.A.,
NORTHWEST TRUSTEE
SERVICES, INC., and FEDERAL
NATIONAL MORTGAGE
ASSOCIATION,

                Defendants.

Case No. 12-00705-PA

**STIPULATED ORDER DISMISSING CLAIMS AGAINST DEFENDANT KEY TITLE COMPANY NOT INCLUDED IN PLAINTIFF'S AMENDED COMPLAINT WITHOUT PREJUDICE AND COSTS**

      **THIS MATTER** coming before the Court on the stipulation of the Plaintiff, by and through her attorney, G. Jefferson Campbell, Jr., and the Defendant Key Title Company, by and through its attorney, Daniel A. Womac, pursuant to Fed.R.Civ.P. 41(a)(2), that the prior claims previously alleged against the Defendant Key Title Company in this action, which were not alleged against this Defendant in Plaintiff's recently filed Amended Complaint, be dismissed and that this action be further dismissed as to Defendant Key Title Company without prejudice and costs; and the Court now being advised in the premises;

**STIPULATED ORDER - 1**

**IT IS HEREBY ORDERED** that the claims previously alleged in this action against the Defendant Key Title Company by the Plaintiff be dismissed and that this action be further dismissed as to the Defendant Key Title Company without prejudice and costs.

      **DATED** this _____ of October, 2012.

 

                                    _____
                                    District Court Judge

**IT IS SO STIPULATED:**

G. JEFFERSON CAMPBELL, JR., P.C.
/s/ J. Campbell                        Dated:  10/2/12
G. Jefferson Campbell, Jr., OSB #750611
Of Attorneys for Plaintiff

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title
Group, Inc.

/s/ Daniel A. Womac                Dated:  10/2/12
Daniel A. Womac, OSB #120373
Of Attorneys for Defendant Key Title
Company

**STIPULATED ORDER - 2**